Form G-14

# UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS

## Eastern Division

## CHANGE OF MAILING ADDRESS FOR DEBTOR(S)

Name of Debtor(s) listed on the bankruptcy case:  CASE NO.: 22-03580

Latanya O'Connor                                  Chapter: 13

1. This change of mailing address is requested by: ✔ Debtor    ☐ Joint Debtor

2. **Old Address:**

   Name(s): Latanya O'Connor

   Mailing Address: 2239 Ridgeway Ave Apt. 1

   City, State, Zip Code: Chicago, Illinois, 60623

3. **New Address:**

   Mailing Address: PO Box 12004

   City, State, Zip Code: Chicago, IL, 60612

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Notice program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject line of all emailed court orders and notices).

   Debtor's DeBN account number: _____

   Joint Debtor's DeBN account number: _____

   Date: 10/27/2023          Latanya O'Connor
                             Requestor's printed name(s)

                             /s/Latanya O'Connor
                             Requestor's signature(s)

                             _____
                             Title (if applicable, of corporate officer, partner or agent)

**This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Northern District of Illinois. August 2015**

8/2015bgb